[923 NE2d 582, 896 NYS2d 299]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HENRY COZZANI, Respondent.

Decided February 11, 2010

### APPEARANCES OF COUNSEL

*Thomas J. Spota III, District Attorney*, Riverhead (*Thomas C. Costello* of counsel), for appellant.

*Aaron M. Wallenstein*, New York City, for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed (*see People v Price*, 14 NY3d 61 [2010] [decided today]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.